**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| QUOC THO HOANG, | Case No. 5:26-cv-01700-AB-ACCV |
| Petitioner, | **JUDGMENT** |
| v. | |
| D. MARIN, *et al.*, | |
| Respondents. | |

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted and Judgment is entered in favor of Petitioner.

IT IS SO ORDERED.

DATED:  May 15, 2026

HON. ANDRÉ BIROTTE JR.
United States District Judge